IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MONTEZELLO,**<br><br>                                    Plaintiff,<br><br>        **v.**<br><br>**PESCE, et al.,**<br><br>                                    Defendants. | Case No. 2:21-cv-00906-KJM-EFB<br><br>**[PROPOSED]** ORDER GRANTING<br>**DEFENDANTS' MOTION TO EXTEND<br>TIME TO FILE DISPOSITIVE MOTION** |

Defendants M. Pesce, C. Mott, and A. Gaetano have moved this Court to extend the time to

file a dispositive motion by ninety days, up to and including January 19, 2023.  The Court has

read and considered Defendants' request and the accompanying declaration of counsel, and finds

good cause exists to grant the request.  Accordingly, Defendants' request to extend time is

**GRANTED.**  Defendants will have up to and including January 19, 2023 to file a dispositive

motion.  **IT IS SO ORDERED.**

Dated:  October 24, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1