UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MONTEZELLO aka ROY A. MONTES,<br><br>             Plaintiff,<br><br>     v.<br><br>PESCE, et al.,<br><br>             Defendants. | No.  2:21-cv-00906-KJM-EFB (PC)<br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a "Request for Investigation under the CRIPA Act," citing 42 U.S.C. § 1997.  ECF No. 29.  As discussed below, the court cannot grant plaintiff's requested relief, and his motion is therefore denied.

The Civil Rights of Institutionalized Persons Act ("CRIPA") does not authorize a private right of action.  *See McRorie v. Shimoda*, 795 F.2d 780, 782 n. 3 (9th Cir. 1986); *Cooper v. Sumner*, 672 F. Supp. 1361, 1367 (D. Nev. 1987).  Rather, it permits the Attorney General of the United States to institute or intervene in a civil action to protect institutionalized persons against a pattern of violations of their rights.  *See* 42 U.S.C. § 1997a-c.  CRIPA does not authorize this court to order an investigation on plaintiff's behalf.

/////

/////

1

Accordingly, IT IS ORDERED that plaintiff's Request for Investigation under the CRIPA Act (ECF No. 29) is DENIED.

Dated:  December 9, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE