IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MONTEZELLO,**<br><br>Plaintiff,<br><br>v.<br><br>**PESCE, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00906-EFB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION AND GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants M. Pesce, C. Mott, and A. Gaetano have moved this Court to extend the time to file a dispositive motion, up to and including March 6, 2023, and to file an opposition to Plaintiff's Motion for Partial Summary Judgment, up to and including February 3, 2023. The Court has read and considered Defendants' requests and the accompanying declaration of counsel, and finds good cause exists to grant the requests. Accordingly, Defendants' requests to extend time is **GRANTED.** Defendants will have up to and including March 6, 2023 to file a dispositive motion, and up to and including February 3, 2023 to file an opposition to Plaintiff's Motion for Partial Summary Judgment. **IT IS SO ORDERED.**

Dated:  January 4, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1