# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

RAYMOND MONTEZELLO,

    Plaintiff,

    v.

PESCE, ET AL.,

    Defendants.

Case No.:   2:21-cv-00906-DJC-EFB

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PRETRIAL STATEMENT**

Defendants Pesce, Mott, and Gaetano filed a Motion for Leave to Amend their Pretrial Statement (Motion). Having reviewed and considered the Motion and all documents related to it, including Defendants' [Proposed] Amended Pretrial Statement, and for good cause shown, the Court grants the Motion. Defendants are granted leave to amend their Pretrial Statement. Defendants shall file their Amended Pretrial Statement within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated:  February 17, 2026

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

Order (2:21-cv-00906-DJC-EFB)