IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MONTEZELLO,** | Case No. 2:21-cv-00906-DJC-EFB |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' SECOND MOTION FOR LEAVE TO AMEND THEIR PRETRIAL STATEMENT |
| v. | |
| **PESCE, et al.,** | |
| Defendants. | |

Defendants Pesce, Mott, and Gaetano filed a Second Motion for Leave to Amend their Pretrial Statement (Motion). Having reviewed and considered the Motion and all documents related to it, including Defendants' [Proposed] Second Amended Pretrial Statement, and for good cause shown, the Court grants the Motion. Defendants are granted leave to amend their Amended Pretrial Statement. Defendants shall file their Second Amended Pretrial Statement within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: **March 9, 2026**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1