**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

RAYMOND MONTEZELLO,

    Plaintiff,

      v.

PESCE, ET AL.,

    Defendants.

Case No.:   2:21-cv-00906-DJC-EFB (PC)

**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE A STATEMENT OF THE CASE**

Defendants filed a Motion for Administrative Relief to File a Statement of the Case. Having reviewed and considered the Motion and all documents related to it, including Defendants' Proposed Statement of the Case, and for good cause shown, the Court grants the Motion. Defendants shall file their Statement of the Case on or before June 3, 2026.  Plaintiff shall file his Statement of the Case on or before June 19, 2026.

    **IT IS SO ORDERED.**

Dated:  May 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE A
STATEMENT OF THE CASE