IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MONTEZELLO,**<br><br>Plaintiff,<br><br>v.<br><br>**PESCE, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00906-DJC-EFB<br><br>**ORDER GRANTING DEFENDANTS' THIRD MOTION FOR LEAVE TO AMEND THEIR PRETRIAL STATEMENT** |

Defendants Pesce, Mott, and Gaetano filed their Third Motion for Leave to Amend their Pretrial Statement (Motion).  Good cause being shown, the Court grants the Motion.  Defendants shall file their Third Amended Pretrial Statement within seven days of the date of this order.  Section IV of the Pretrial Order is amended to allow Defendants' witnesses to include those described in Defendants' Third Amended Pretrial Statement.

**IT IS SO ORDERED.**

Dated:  June 18, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1