# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MONTEZELLO<br>Plaintiff,<br>vs.<br>PESCE, et al<br>Defendants | Case No.:2:21-cv-00906-DJC-EFB<br><br>**ORDER RE: *EX PARTE* APPLICATION TO EXTEND TIME WITHIN WHICH TO FILE A RESPONSE TO DEFENDANTS' REQUEST FOR LEAVE TO FILE A SECOND SUMMARY JUDGMENT MOTION.**<br><br>Current Date: August 10, 2026<br>Requested Date: August 31, 2026 |

GOOD CAUSE appearing, the time to respond to defendants' request for leave to file a second motion for summary judgment is extended to August 31, 2026.

Dated: August 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE