UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MONTEZELLO,<br>Plaintiff,<br>v.<br>PESCE, et al.,<br>Defendants. | No. 2:21-cv-00906-DJC-EFB<br><br><u>ORDER</u> |

Having considered the arguments of the parties, Defendant's Motion to file Second Motion for Summary Judgment (ECF No. 136) is granted in part and denied in part. The Court has discretion to permit successive motions for summary judgment. *Hoffman v. Tonnemacher*, 593 F.3d 908, 911(9th Cir. 2010). Here, permitting a successive motion on the issues of exhaustion and compliance with the Government Claims Act could potentially save the parties and the Court the time and expense of trial. Even if Plaintiff prevails on the second summary judgment motion, all parties will benefit from the streamlining of trial issues going forward. Given that exhaustion and compliance with the Government Claims Act are issues that must be resolved before any finding of liability, the Court finds that it would be a manifest injustice to require Defendants to proceed to trial without pursuing these arguments at summary judgment. The Court also takes into account the fact that the previously set trial date

in this matter was vacated to accommodate Plaintiff after Plaintiff obtained the assistance of counsel. (*See* ECF No. 138.) Under these circumstances, modification of the pretrial order to permit filing of anew summary judgment motion is necessary to prevent a manifest injustice.

With that said, the Court exercises its discretion to deny Defendants' request to seek summary judgment on the grounds that Plaintiffs' injuries do not satisfy the PLRA's physical-injury requirement. This is a fact-bound issue for which summary judgment does not appear appropriate. As such, the Court does not find a valid basis to modify the pretrial order to permit Defendants to pursue summary judgment on this basis.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Leave to File a Second Summary Judgment Motion (ECF No. 136) is GRANTED IN PART as to Defendants arguments related to exhaustion and compliance with the Government Claims Act and DENIED IN PART as to Defendants' claims that Plaintiff's injuries do not satisfy the PLRA's physical-injury requirement.

Defendants shall file their Second Motion for Summary Judgment before the assigned Magistrate Judge on or before October 30, 2026. Briefing on that motion will proceed as provided under Local Rule 230(l), unless otherwise ordered by the assigned Magistrate Judge. This matter is referred to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE